# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE AXEMAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>             Defendant. | Case No. CV11-08968 JAK (AJWx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE JS-6**<br><br>Complaint Filed: October 28, 2011 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV11-08968 JAK, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: May 31, 2012

_____
Hon. John A. Kronstadt
United States District Judge